IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHERIE FERGUSON** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 1:20cv110-HSO-RHWR |
| | § | |
| **LOUIS DEJOY, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE** | § | **DEFENDANT** |

## FINAL JUDGMENT

This matter came on to be heard upon the Motion [25] for Summary Judgment filed by Defendant Louis DeJoy, Postmaster General, United States Postal Service. The Court, after a full review and consideration of the record as a whole and relevant legal authority, finds that in accord with its Order entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 16th day of November, 2021.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE